IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL WIGGINTON, JR.                                                                PLAINTIFF

V.                                       CIVIL ACTION NO. 3:15CV093-NBB-SAA

THE UNIVERSITY OF MISSISSIPPI;
DAN JONES, Individually, and in his
Official Capacity as Chancellor;
MORRIS H. STOCKS, Individually,
and in his Official Capacity as Provost;
JOHN Z. KISS, Individually, and in his
Official Capacity as Dean; VELMER BURTON,
Individually, and in his Official Capacity as Dean;
and ERIC LAMBERT, Individually, and in
his Official Capacity as Department Chair                 DEFENDANTS

## ORDER DENYING MOTIONS TO DISMISS

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion to dismiss for lack of subject matter jurisdiction and motion to dismiss for failure to state a claim, including the motion for qualified immunity of the individual defendants, are **DENIED**.

This, the 30th day of September, 2016.

                                                                   /s/ Neal Biggers
                                                                     **NEAL B. BIGGERS, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**