IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL WIGGINGTON, JR.                                    PLAINTIFF

V.                                                         Civil Case No. 3:15CV093-NBB-RP

THE UNIVERSITY OF MISSISSIPPI,
CHANCELLOR DANIEL W. JONES individually
and in his official capacity as Chancellor,
PROVOST MORRIS H. STOCKS, individually
and in his official capacity as Provost, DEAN JOHN Z. KISS,
individually and in his official capacity as Dean, DEAN
VELMER BURTON, individually and in his
official capacity as Dean, CHAIR ERIC LAMBERT,
individually and in his official capacity as
Department Chair                                           DEFENDANTS

## JURY VERDICT

### Question No. 1

Has Dr. Wigginton proved that, but for his age, the defendant University of Mississippi would not have denied his application for tenure and promotion and subsequently terminated his employment?

Yes _____        No __✓__

### Question No. 2

Did Defendant Lambert deprive Dr. Wigginton of his due process rights during his consideration of his application for tenure and promotion?

Yes __✓__        No _____

**Question No. 3**

Did Defendant Burton deprive Dr. Wigginton of his due process rights during his consideration of his application for tenure and promotion?

Yes ✓  No _____

**Question No. 4**

Did Defendant Kiss deprive Dr. Wigginton of his due process rights during his consideration of his application for tenure and promotion?

Yes ✓  No _____

**Question No. 5**

Did Defendant Stocks deprive Dr. Wigginton of his due process rights during his consideration of his application for tenure and promotion?

Yes ✓  No _____

**Question No. 6**

Did Defendant Jones deprive Dr. Wigginton of his due process rights during his consideration of his application for tenure and promotion?

Yes ✓  No _____

If you have answered "No" to *all* of the above, please stop and inform the Court.

If you have answered "Yes" to *any* of the above, please continue filling out this form.

**Question No. 7**

Did Dr. Wigginton suffer damages as a result of Defendant's deprivation of his due process rights?

Yes __✓__     No _____

**Question No. 8**

What sum of money, if paid now in cash, would fairly and reasonably compensate Dr. Wigginton for the damages, if any, you have found Defendant's wrongful conduct, if any, caused Dr. Wigginton?

Answer in dollars and cents for the following items, and no others:

1. Past wages and benefits from May 1, 2014 to present.

    $ __18,000.00__

2. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ __100,000.00__

3. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ __100,000.00__

__Chancie Joyner__
Foreperson

__10-27-17__
Date