IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL WIGGINTON, JR.                                    PLAINTIFF

v.                              CIVIL ACTION NO. 3:15CV093-NBB

THE UNIVERSITY OF MISSISSIPPI,
CHANCELLOR DAN JONES,
PROVOST MORRIS STOCKS,
DEAN JOHN KISS, DEAN VELMER BURTON,
AND CHAIR ERIC LAMBERT                                    DEFENDANTS

### JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Neal B. Biggers, Jr., U. S. District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the plaintiff, MICHAEL WIGGINTON, JR. do have of and recover from defendants CHANCELLOR DAN JONES, PROVOST MORRIS STOCKS, DEAN JOHN KISS, DEAN VERMER BURTON, AND CHAIR ERIC LAMBERT the SUM of TWO HUNDRED EIGHTEEN THOUSAND DOLLARS ($218,000.00) in actual damages with an interest rate thereon at the rate of 1.43% percent as provided by law, and its costs of action, and that the plaintiff, MICHAEL WIGGINTON, JR. recover nothing from defendant THE UNIVERSITY OF MISSISSIPPI.

This, the 1st day of November, 2017.

                                        DAVID CREWS
                                        Clerk of the Court

                                           /s/ Karen Tidwell
                                        Courtroom Deputy Clerk